```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

DAVID PERKS                                              PLAINTIFF

v.                    CASE NO. 4:10CV00266 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 10th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE